### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**MARIO TERRELL RUCKER**                                                    **PLAINTIFF**

**VS.**                                                    **CIVIL NO. 1:19-CV-00901-RHWR**

***PELICIA HALL, MDOC Commissioner et al.***                      **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the Court's Order Granting Defendants' Motion to Dismiss entered this day, final judgment in favor of Defendants is hereby entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED**, this the 22nd day of April, 2022.

*s/ Robert H. Walker*

ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE